STEFANI E. SHANBERG (State Bar No. 206717)
JENNIFER J. SCHMIDT (*pro hac vice pending*)
MICHAEL J. GUO (State Bar No. 284917)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:  (415) 947-2000
Facsimile:   (415) 947-2099
E-Mail:       sshanberg@wsgr.com
                   jschmidt@wsgr.com
                   mguo@wsgr.com

RYAN R. SMITH (State Bar No. 229323)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
E-Mail:       rsmith@wsgr.com

Attorneys for Plaintiff
MERAKI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MERAKI, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLEARPATH NETWORKS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:13-cv-00145-SI<br><br>**STIPULATED REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE FROM APRIL 26, 2013 TO MAY 17, 2013 AND MODIFY BRIEFING SCHEDULE REGARDING MOTION TO DISMISS AND [PROPOSED] ORDER** |

WHEREAS, Plaintiff Meraki, Inc. ("Meraki") initiated this action for declaratory judgment of noninfringement and invalidity of three United States patents owned by Defendant ClearPath Networks, Inc. ("ClearPath") on January 10, 2013;

/ / /

1  WHEREAS, ClearPath initiated an action alleging infringement against Meraki and its
2  parent company Cisco Systems, Inc. on the same three United States patents on January 14, 2013,
3  in the United States District Court for the Central District of California ("Central District
4  Action");

5  WHEREAS, the parties have previously submitted three stipulations to extend time for
6  ClearPath to respond to the Complaint (Dkt. Nos. 13, 15, and 16) pending settlement discussions;

7  WHEREAS, on April 1, 2013, ClearPath filed a Motion to Dismiss Based on the
8  Anticipatory Lawsuit Exception to the First-to-file Rule (Dkt. No. 19);

9  WHEREAS, ClearPath's motion to dismiss is currently scheduled for a hearing on May 17,
10 2013, at 9:00 a.m.;

11 WHEREAS, the parties continue to engage in settlement discussions and have agreed to
12 mediate within 90 days of the date in which an ADR order is issued in this case;

13 WHEREAS, to avoid duplicative motion practice, the parties have also agreed to extend all
14 deadlines in the Central District Action pending resolution of ClearPath's motion to dismiss in this
15 action;

16 WHEREAS, the parties have agreed to modify the briefing schedule for the motion to
17 dismiss such that Meraki's opposition will be due April 24, 2013, and ClearPath's reply will be
18 due May 6, 2013;

19 WHEREAS, pursuant to the Clerk's Notice of January 28, 2013 (Dkt. No. 11), the parties
20 to this action are scheduled to appear before the Court for a Case Management Conference on
21 April 26, 2013, at 2:30 p.m.;

22 WHEREAS, the parties believe there is good cause, in terms of efficiency and additional
23 time to pursue settlement, to reschedule the Case Management Conference before this Court to the
24 same date and, to the extent the Court is amenable, the same time as the hearing on ClearPath's
25 motion to dismiss on May 17, 2013;

26 IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 6-1, by
27 Plaintiff Meraki and Defendant ClearPath, through their respective counsel, that the briefing
28 schedule for ClearPath's motion to dismiss is modified such that Meraki's opposition is now due

April 24, 2013, and ClearPath's reply is now due May 6, 2013.  The parties further stipulate and agree that the Case Management Conference currently scheduled before this Court for April 26, 2013, at 2:30 p.m., shall be rescheduled to May 17, 2013, at ~~9:00 a.m.~~ 2:30 p.m., or such other time as may be convenient for the Court.

Dated: April 10, 2013                             WILSON SONSINI GOODRICH & ROSATI
                                                                   Professional Corporation

                                                                   By: _____/s/ Stefani E. Shanberg_____
                                                                                        Stefani E. Shanberg

                                                                   Attorneys for Plaintiff
                                                                   MERAKI, INC.

Dated: April 10, 2013                             MITCHELL SILBERBERG & KNUPP LLP

                                                                   By: _____/s/ Kevin E. Gaut_____
                                                                                        Kevin E. Gaut

                                                                   Attorneys for Defendant
                                                                   CLEARPATH NETWORKS, INC.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: ____4/15/13_____

                                                                   _____
                                                                                United States District Judge

STIPULATION TO RESCHEDULE INITIAL
CMC AND MODIFY BRIEFING SCHEDULE        - 3 -
Case No. 3:13-cv-00145-SI

**ATTESTATION CLAUSE**

I, Stefani E. Shanberg, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Kevin E. Gaut of Mitchell Silberberg & Knupp has concurred in this filing.

Dated: April 10, 2013

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/ Stefani E. Shanberg_____
            Stefani E. Shanberg

Attorneys for Plaintiff
MERAKI, INC.