UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MERAKI, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLEARPATH NETWORKS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:13-cv-00145-SI<br><br>[~~PROPOSED~~]<br>**ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE PARTIES**<br><br>Judge:  Honorable Susan Illston |

Pursuant to Rule 25 of the Federal Rules of Civil Procedure, Plaintiff Meraki, Inc. moved the Court for an order substituting the currently named plaintiff Meraki, Inc. with Meraki LLC in the above captioned matter.  Defendant ClearPath Networks, Inc. does not oppose any of the relief requested in the Motion.

After considering the Motion and the positions of justice, such Motion is GRANTED in its entirety.

/ / /

/ / /

It is ORDERED that Meraki LLC is substituted for Meraki, Inc. and the style of the case is revised accordingly.

IT IS SO ORDERED.

Dated: _____

_____
Susan Illston
United States District Judge

*Presented by:*

STEFANI E. SHANBERG (State Bar No. 206717)
MICHAEL J. GUO (State Bar No. 284917)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:   (415) 947-2000
Facsimile:   (415) 947-2099
E-Mail:      sshanberg@wsgr.com
             mguo@wsgr.com

RYAN R. SMITH (State Bar No. 229323)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304
Telephone:   (650) 493-9300
Facsimile:   (650) 565-5100
E-Mail:      rsmith@wsgr.com

Attorneys for Plaintiff
MERAKI, INC.