Joshua M. Masur (SBN 203510)
masur@turnerboyd.com
Jennifer Seraphine (SBN 245463)
seraphine@turnerboyd.com
**TURNER BOYD LLP**
2570 W. El Camino Real
Suite 380
Mountain View, CA 94040
Telephone: 650.521.5930
Facsimile: 650.521.5931

*Attorneys for Defendant*
CLEARPATH NETWORKS, INC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MERAKI, INC., <br> A Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> CLEARPATH NETWORKS, INC., <br> A Delaware Corporation, <br><br> Defendant. | Case No.: 3-13-cv-00145-SI <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** <br><br> **[PROPOSED] ORDER** <br><br> JUDGE: Hon. Susan Illston |
|---|---|

CLEARPATH NOTICE OF SUBSTITUTION OF COUNSEL                    CASE NO. 3-13-cv-00145-SI

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

IT IS HEREBY STIPULATED THAT Defendant ClearPath Networks, Inc. ("ClearpPath")

**herewith substitutes:**

> Joshua M. Masur, Esq.
> *masur@turnerboyd.com*
> Jennifer Seraphine, Esq.
> *seraphine@turnerboyd.com*
> TURNER BOYD LLP
> 2570 W. El Camino Real, Suite 380
> Mountain View, CA  94040
> Tel: (650) 521-5930
> Fax: (650) 521-5931

as counsel of record in place and instead of:

> Kevin Elliott Gaut
> keg@msk.com
> MITCHELL, SILBERBERG & KNAPP
> 11377 W. Olympic BLVD.,
> Los Angeles, CA 90064
> Tel: (310) 312-3179
> Fax: (310) 312-3100

in this matter.  Meraki, Inc. has been advised of and consents to this substitution.

We Consent to the Foregoing Substitution.

Respectfully Submitted,

Dated:  May 21, 2012          */s/ Joshua M. Masur*
                              Joshua M. Masur

                              Attorney for Defendant
                              CLEARPATH NETWORKS, INC.

**IT IS SO ORDERED:**

Dated: 05/23/2013

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

CLEARPATH NOTICE OF SUBSTITUTION OF COUNSEL        1        CASE NO. 3-13-cv-00145 SI