STEFANI E. SHANBERG (State Bar No. 206717)
ROBIN L. BREWER (State Bar No. 253686)
MICHAEL J. GUO (State Bar No. 284917)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:   (415) 947-2000
Facsimile:    (415) 947-2099
E-Mail:        sshanberg@wsgr.com
                     rbrewer@wsgr.com
                     mguo@wsgr.com

RYAN R. SMITH (State Bar No. 229323)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304
Telephone:   (650) 493-9300
Facsimile:    (650) 565-5100
E-Mail:        rsmith@wsgr.com

Attorneys for Plaintiff
MERAKI LLC

JOSHUA M. MASUR (State Bar No. 203510)
JENNIFER SERAPHINE (State Bar No. 245463)
JULIE S. TURNER (State Bar No. 191146)
TURNER BOYD LLP
2570 West El Camino Real, Suite 380
Mountain View, California  94040
Telephone:   (650) 521-5930
Facsimile:    (650) 521-5931
E-Mail:        masur@turnerboyd.com
                     seraphine@turnerboyd.com
                     turner@turnerboyd.com

Attorneys for Defendant
CLEARPATH NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MERAKI LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>        vs.<br><br>CLEARPATH NETWORKS, INC., a Delaware corporation,<br><br>                    Defendant. | Case No. 3:13-cv-00145-WHO<br><br>**STIPULATION REGARDING EXTENSION OF DEADLINES** |

STIPULATION RE EXTENSION OF DEADLINES
Case No. 3:13-cv-00145-WHO

WHEREAS, Meraki LLC ("Meraki") and ClearPath Networks, Inc. ("ClearPath") (collectively, "parties") have reached an agreement in principle resolving the claims asserted in this action and are in the process of finalizing a settlement agreement;

WHEREAS, pursuant to the Reassignment Order and Order Requiring Submission of Case Management Statement, issued June 27, 2013, the deadline for the parties to file a joint case management statement in this matter is July 12, 2013;

WHEREAS, other deadlines are soon upcoming and the parties wish to avoid wasting judicial resources and incurring additional costs and expenses relating to the same;

WHEREAS, the parties have agreed to extend all deadlines for two weeks to finalize the settlement agreement and in anticipation of the dismissal of this action;

WHEREAS, all previous extensions of time in this matter related to responding to the Complaint and occurred prior to a schedule being entered in this matter;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rules 6-1 and 6-2, by Meraki and ClearPath, through their respective counsel, that all deadlines in this matter are extended by two weeks as follows:

| EVENT | CURRENT DEADLINE | STIPULATED DEADLINE |
|---|---|---|
| Joint Case Management Statement | July 12, 2013 | July 26, 2013 |
| Invalidity Contentions (Patent Local Rule 3-3) and Associated Document Production (Patent Local Rule 3-4) | August 7, 2013 | August 21, 2013 |
| Exchange Proposed Terms for Construction (Patent Local Rule 4-1) | August 21, 2013 | September 4, 2013 |
| Exchange Preliminary Claim Constructions and Extrinsic Evidence (Patent Local Rule 4-2) | September 4, 2013 | September 18, 2013 |
| Last Date to Amend Pleadings/Add Parties | September 30, 2013 | October 14, 2013 |
| Joint Claim Construction and Prehearing Statement (Patent Local Rule 4-3) | October 2, 2013 | October 16, 2013 |
| Completion of Claim Construction Discovery (Patent Local Rule 4-4) | November 1, 2013 | November 15, 2013 |
| Opening Claim Construction Brief (Patent Local Rule 4-5(a)) | November 18, 2013 | December 2, 2013 |
| Responsive Claim Construction Brief (Patent Local Rule 4-5(b)) | December 9, 2013 | December 23, 2013 |

STIPULATION RE EXTENSION OF DEADLINES
Case No. 3:13-cv-00145-WHO

- 1 -

| EVENT | CURRENT DEADLINE | STIPULATED DEADLINE |
|---|---|---|
| Reply Claim Construction Brief (Patent Local Rule 4-5-(c)) | December 20, 2013 | January 3, 2014 |

IT IS SO STIPULATED, through Counsel of Record.

Dated:  July 10, 2013

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  _____/s/ *Stefani E. Shanberg*_____
         Stefani E. Shanberg

Attorneys for Plaintiff
MERAKI LLC

Dated:  July 10, 2013

TURNER BOYD LLP

By:  _____/s/ *Jennifer Seraphine*_____
         Jennifer Seraphine

Attorneys for Defendant
CLEARPATH NETWORKS, INC.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: July 11, 2013

_____
The Honorable William H. Orrick
United States District Judge

1

## ATTESTATION CLAUSE

2     I, Stefani E. Shanberg, am the ECF User whose identification and password are being used

3 to file this Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Jennifer

4 Seraphine of Turner Boyd LLP has concurred in this filing.

5

6   Dated: July 10, 2013                           WILSON SONSINI GOODRICH & ROSATI

7                                                    Professional Corporation

8                                                    By:       /s/ *Stefani E. Shanberg*

9                                                                Stefani E. Shanberg

10                                                   Attorneys for Plaintiff
                                                  MERAKI LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28